*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*Edward J. Heppt*
*Direct Tel: 212-907-9708*
*Direct Fax: 212-907-9808*
*eheppt@sgrlaw.com*

October 11, 2023

> This request is GRANTED. Future extension requests should comply with this Court's Individual Practices. SO ORDERED.
>
> 
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> October 12, 2023

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, New York 10007

Re:   *Antonio Castro, et al. v. ACNY Developers Inc., et al.*
      Case No. 22 Civ. 07949 (JGLC)(JW)

Dear Judge Willis:

    We are the attorneys for Defendants Defalco Construction Inc. and Michael Falco ("Defendants") in the above-entitled action. Pursuant to Rule 1.C. of Your Honor's Individual Practices, we write to respectfully request an extension for Defendants to file an answer to the cross-claims of Defendants ACNY Developers Inc. and William M. Kukielka ("ACNY"), from the original due date of October 10, 2023 to October 13, 2023. The reason for the request is that Defendants require additional time to investigate ACNY's claims and consider their defenses. ACNY's counsel consents to Defendants' request and no prior extension has been requested. We apologize for not complying with Your Honor's Individual Practices concerning requests for extensions of time to be made at least 2 business days in advance of the deadline.

    Defendants respectfully request that the Court grant this application extending Defendants' time to answer ACNY's cross-claims up to and including October 13, 2023. Thank you for your attention to this matter.

                                                                    Respectfully yours,

                                                                    /s/ Edward J. Heppt

                                                                    Edward J. Heppt

cc:   All Counsel of Record (*via ECF*)