UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIO CASTRO, *et al.*,

                Plaintiffs,               **ORDER**

        -against-                **22-cv-7949 (JGLC) (JW)**

ACNY DEVELOPERS INC., *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 5, 2024, this Court issued an Order granting "Defendants' request to compel Plaintiffs to provide particularized interrogatory responses… the request for particularized responses seems reasonable and proportional to the needs of this case…**Plaintiffs are directed to produce revised responses by April 16, 2024**." Dkt. No. 68.

On May 13th, the Defendants submitted a letter arguing that "the Court imposed April 16th deadline has come and passed and Plaintiffs have failed and refused to provide Defendants with their particularized responses to Defendants' Interrogatories." Dkt. No. 70.

On May 16th, Plaintiffs' counsel apologized to the Court for the delay citing a recent illness and promising to remedy the discovery deficiencies. The Plaintiffs are granted an extension **to May 31st** to cure the discovery deficiencies. The Court will not look kindly on a second failure to meet a deadline. See Fed. R. Civ. P. 11.

The Parties shall jointly provide a status update **by June 7th.**

**The Clerk of the Court is respectfully requested to close Dkt. Nos. 70 and 71.**

  SO ORDERED.

DATED:  New York, New York
      May 23, 2024

                   _____
                   JENNIFER E. WILLIS
                   United States Magistrate Judge