LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

June 7, 2024

*Via ECF*

Hon. Jennifer E. Willis, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Castro v. ACNY Developers Inc. et al*, 22 CV 7949 (JGLC) (JW)

Your Honor:

      This firm represents the plaintiffs in the above-referenced action. The plaintiffs move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, to extend the time to file the joint letter in connection with the May 23, 2024, order from today to June 12, 2024. There has been no such prior motion. Defendants ACNY Developers Inc. and Mr. Kukielka (the "ACNY defendants") consent. I have not been able to ascertain the position of the defendants DeFalco Construction Inc and Mr. Falco (the "DeFalco defendants") with respect to this motion.

      I have conferred with counsel for the ACNY defendants concerning unresolved discovery issues and a joint motion to extend time for fact discovery and other deadlines in the scheduling order and, with respect to the latter, I believe we are agreed. I have not been able to reach counsel for the DeFalco defendants and suspect he may be out of the office. Accordingly, I am requesting this brief extension, expecting all counsel to confer next week to prepare the joint letter. I thank the Court for its time and consideration.

Respectfully submitted,

Brandon D. Sherr

---

This request is DENIED as moot in light of the subsequent order from May 23, 2024. See Dkt. No.73.

_____
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
January 27, 2025