UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO CASTRO, et al.,

                          Plaintiffs,

          -against-

ACNY DEVELOPERS INC.,

                          Defendants.

22-CV-7949 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

The Complaint in this case, alleging unpaid or underpaid under the Fair Labor Standards Act, was filed more than three years ago, on September 16, 2022. ECF No. 1. The last update the Court received from the parties was a June 12, 2024 letter motion requesting an extension of discovery until October 31, 2024, ECF No. 75, which Magistrate Judge Jennifer E. Willis granted, ECF No. 76. On February 25, 2025, counsel for Plaintiff filed a Proposed Certificate of Default against Defendant Foremost Contracting & Building, LLC. ECF No. 86. On the same day, the Clerk's Office directed counsel to re-file the Proposed Certificate of Default and accompanying Affirmation because of various deficiencies. However, counsel for Plaintiffs never re-filed either document. Accordingly, the Clerk of Court has not entered default against any defendant in this case.

IT IS HEREBY ORDERED that, by **January 30, 2026**, Plaintiffs must (1) submit a letter to the Court providing an update on the status of the discovery and (2) file a corrected proposed certificate of default and affirmation, if still applicable. IT IS FURTHER ORDERED that if the Court does not receive any communication from Plaintiffs by January 30, 2026, the Court may

enter an order to show cause as to why Plaintiff has failed to prosecute this case or otherwise comply with the Court's orders.

Dated: January 16, 2026
       White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge