UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIO CASTRO, *et al.*,

                                      Plaintiffs,                    **ORDER**

                   -against-                              **22-cv-7949 (JGLC) (JW)**

ACNY DEVELOPERS INC., *et al.*,

                                      Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 2, 2026, Judge Clarke ordered the parties to confer and submit a joint Proposed Civil Case Management Plan and Scheduling Order by February 20, 2026. Dkt. No. 97. Neither party filed a proposed case management plan by that date. Instead, on February 20, 2026, Plaintiffs filed a one-sentence notice of motion for sanctions stating that they "will move this Court . . . for an order sanctioning Defendants Defalco Construction, Inc. and Michael Falco [collectively "Defalco]." Dkt. No. 99. Defalco responded two days later requesting the Court to strike or summarily deny Plaintiffs' motion because it is procedurally defective and fails to comply with this Court or Judge Clarke's individual rules. This Court agrees, and as such **STRIKES** Plaintiffs' motion for sanctions at Dkt. No. 98.

Further, the Court orders the parties to file separate letters by **February 27, 2026,** (1) explaining why they did not meet Judge Clarke's February 20th deadline for a joint plan and (2) including a proposed case management plan.

**The Clerk of the Court is respectfully requested to close Dkt. Nos. 98 and 99.**

SO ORDERED.

DATED:    New York, New York
            February 23, 2026

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge