**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANTONIO CASTRO, *et al.*,

                              Plaintiffs,                    **ORDER**

              -against-                          **22-cv-7949 (JGLC) (JW)**

ACNY DEVELOPERS INC., *et al.*,

                              Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of the parties' separate letters regarding the missed

February 20th deadline and proposed case management plans.  See Dkt. Nos. 101-

104.  The parties are ordered to appear for an in-person conference on **April 18, 2026**

**at 11:00 AM** to discuss these issues.  The conference will be held in Courtroom 228,

40 Foley Square, New York, New York.

        SO ORDERED.

DATED:      New York, New York
            March 3, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge