**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTONIO CASTRO, *et al.*,

<table>
<tr><td>Plaintiffs,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**22-cv-7949 (JGLC) (JW)**</td></tr>
</table>

ACNY DEVELOPERS INC., *et al.*,

Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The in-person conference scheduled for April 18, 2026 at 11:00 AM is adjourned

to **March 18, 2026 at 11:00 AM**.  The conference will be held in Courtroom 228, 40

Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
          March 3, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge