**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTONIO CASTRO, *et al.*,

                             Plaintiffs,                    **ORDER**

         -against-                         **22-cv-7949 (JGLC) (JW)**

ACNY DEVELOPERS INC., *et al.*,

                            Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court for an in-person conference on March 18, 2026. During the conference, the parties resolved their dispute regarding the amended case management plan and notified the Court they would file the joint proposed plan on the docket after the conference. Because the Court has not received this proposed plan yet, the parties are directed to file their proposed case management plan by **March 30, 2026**. The parties are also directed to order a copy of the March 18th transcript and provide a courtesy copy to the Court.

      SO ORDERED.

DATED:    New York, New York
           March 24, 2026

                                    *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                           United States Magistrate Judge