**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ANTONIO CASTRO, *et al.*,

Plaintiffs,

-against-

ACNY DEVELOPERS INC., *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**22-cv-7949 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt Defendants Defalco Construction and Michael C. Falco's (collectively, "DeFalco Defendants") two letters at Dkt. Nos. 112–13, Plaintiff's subsequent response at Dkt. No. 116, and DeFalco Defendants' reply at Dkt. No. 117.

Neither DeFalco Defendants' letter nor Plaintiff's response requests the Court to take any action. If DeFalco Defendants are indeed seeking action from the Court, they must file a letter motion to compel pursuant to this Court's individual rules. The parties are reminded that they are required to meet and confer (whether via email, phone, or other means) before raising disputes with the Court. Further, in the event a party files a letter with the Court, any responsive letter be submitted within 3 business days after submission of the initial letter.

SO ORDERED.

DATED: New York, New York
July 8, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge